# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2719
_____

IFTIKHAR RASUL, M.D.,

Petitioner,

v.

DEPARTMENT OF HEALTH,

Respondent.

_____

Petition for Review of Non-Final Agency Action—Original Jurisdiction.

February 13, 2024

PER CURIAM.

DISMISSED.

LEWIS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John E. Terrel and Rickey L. Strong of Howell, Buchan & Strong, Tallahassee, for Petitioner.

No appearance for Respondent.